IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**ESTHER CARABALLO-RIVERA,**

    Plaintiff,

    v.

**FARMACIA MONTE VERDE, INC.,** *et al.*,

    Defendants.

**CIVIL NO. 16-2582 (BJM)**

**FINAL JUDGMENT**

Judgment is hereby entered dismissing this case with prejudice and without imposition of costs or attorneys fees to any party.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 25th day of April, 2018.

*s/Bruce J. McGiverin*
BRUCE J. McGIVERIN
United States Magistrate Judge